UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61859-CIV-DIMITROULEAS

NICOLE BETMAN,

    Plaintiff,

v.

ALMAZ ENTERPRISE, INC.,
Et al,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Amended Joint Motion for Approval of Settlement Agreement [DE 18] ("Amended Motion"). The Court has reviewed the Motion and the Settlement Agreement [DE 18-1] and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement Agreement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Amended Motion [DE 18] is **GRANTED**;

2. The Joint Motion for Approval of Settlement Agreement [DE 17] is **DENIED as moot;**

3. The parties Settlement Agreement [DE 18-1] is hereby **APPROVED**;

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Court retains jurisdiction for the sole purpose of enforcing the Settlement Agreement.

6. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record